UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.            **ORDER**
               Criminal File No. 14-389 (MJD/BRT)

(1) MOHAMED ALI OMAR,

    Defendant.

John Docherty, Assistant United States Attorney, Counsel for Plaintiff.

Melvin R. Welch, Welch Law Firm, and Paul Applebaum, Applebaum Law Firm, Counsel for Defendant.

This matter is before the Court on the parties' motions in limine. The Court heard oral argument on March 9, 2015. In accordance with the Court's oral rulings, and based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

    1.    Defendant's Motion in Limine to Exclude Evidence of Purpose of Visit to 3*3* [Docket No. 31] is **DENIED** and the Court will give the Government's proposed limiting instruction regarding this evidence.

2. Defendant's Motion in Limine to Exclude Fruits of Search Warrant Pursuant to FRE 402 and 403 [Docket No. 32] is **GRANTED** as to all firearm- and ammunition-related evidence and **DENIED** as to the cell phones.

3. Government's Motion in Limine to Allow Admission of Defendant's Firearms-related History and Gang Affiliation [Docket No. 39] is **GRANTED** as to the October 16, 2014 incident and **DENIED** as to the January 25, 2014 incident, the September 22, 2013 incident, and evidence of gang affiliation.

4. Government's Motion in Limine Seeking Limitation of Defense Cross-Examination of Interpreter [Docket No. 51] is **RESERVED**.

5. Defendant's Motion for Disclosure of A.A.'s Employment File for in Camera Review [Docket No. 53] is **DENIED**.

6. The Government's oral motion to allow evidence that Defendant stated he had smoked marijuana is **GRANTED**.

Dated:  March 9, 2015              s/ Michael J. Davis
                                   Michael J. Davis
                                   Chief Judge
                                   United States District Court