UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                **ORDER**
                                Criminal File No. 14-389 (MJD/BRT)

(1) MOHAMED ALI OMAR,

      Defendant.

John Docherty, Assistant United States Attorney, Counsel for Plaintiff.

Melvin R. Welch, Welch Law Firm, and Paul Applebaum, Applebaum Law Firm, Counsel for Defendant.

This matter is before the Court on the parties' additional motions in limine. The Court heard oral argument on March 10, 2015. In accordance with the Court's oral rulings, and based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

    1.    Government's Motion in Limine Seeking Limitation of Defense Cross-Examination of Interpreter [Docket No. 51] is **GRANTED**.

    2.    Defendant's Motion to Exclude Government's Altered Video Exhibit Pursuant to FRE 1002 [Docket No. 60] is **DENIED**.

The Government may publish the video with the on-screen transcript during trial; however, only a clean copy of the video, without the on-screen transcript, will be admitted as an exhibit and permitted to go into the jury room.

3. The Government's oral motion to allow admission of the photograph of Defendant with a gun is **DENIED**.

Dated: March 10, 2015                s/ Michael J. Davis
                                     Michael J. Davis
                                     Chief Judge
                                     United States District Court