**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**14-CR-389 (MJD/BRT)**

UNITED STATES OF AMERICA,

                Plaintiff,      **DEFENDANT'S POSITION**
                                    **REGARDING SENTENCING**

v.

MOHAMED ALI OMAR,

                Defendant.

## INTRODUCTION

Mr. Omar, through his lawyer, Paul Applebaum, submits this position paper in anticipation of sentencing in this matter.

## DISCUSSION

Defendant makes no additions or corrections to the PSI.

In all of my years as a criminal defense lawyer, Mr. Omar is one of the finest, most upright young citizens I have had the pleasure of representing. He is smart, young, funny, charismatic, handsome, well-spoken, has a strong sense of right and wrong, and puts his family first. I have no doubt that he will overcome this prosecution and blossom into a positive leader in Minnesota's growing Somali community over the coming decades. By contrast, the less said about the agents' conduct in this matter, the better.

## CONCLUSION

Mr. Omar requests that he be sentenced to probation.


Dated: June 8, 2015                                  Respectfully submitted,

                                                     s/ Paul Applebaum

                                                     _____
                                                       Paul Applebaum (223098)
                                                       First National Bank Building
                                                       332 Minnesota Street, Suite W-1610
                                                       St. Paul, Minnesota 55101
                                                       (dir) (651) 222-2999
                                                       (fax) (651) 223-5179
                                                        *Attorney for Defendant*