AO 245D (Rev. 11/16)  Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: **0:14-CR-00389-DWF-BRT(1)** <br> USM Number: **18275-041** |
| **MOHAMED ALI OMAR** | **Keala C Ede** <br> Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violation of condition(s) of the term of supervision.

☐  was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Drug Use – Defendant tested positive for cocaine. | October 2018 |
| 2 | Failure to attend sober support meetings and drug testing | September 2018 |
| 3 | Failure to attend counseling and mentoring | June 2018 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. 2585 | **October 25, 2018** <br> Date of Imposition of Judgment |
| Defendant's Year of Birth: 1992 | s/Donovan W. Frank <br> Signature of Judge |
| City and State of Defendant's Residence: <br> Minneapolis, Minnesota | **DONOVAN W. FRANK** <br> **UNITED STATES DISTRICT JUDGE** <br> Name and Title of Judge |
| | October 29, 2018 <br> Date |

1

AO 245D (Rev. 11/16)  Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: | MOHAMED ALI OMAR |
| CASE NUMBER: | 0:14-CR-00389-DWF-BRT(1) |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  Five (5) months with no supervision to follow.
.

☒ The court makes the following recommendations to the Bureau of Prisons:  That the defendant be designated to a Minnesota facility to be close to his family.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at ☐ a.m. ☐ p.m. on

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before 2:00 pm on Thursday, November 8, 2018.

  ☐ as notified by the United States Marshal.

  ☒ as notified by the Probation or Pretrial Services Office. In the event that the defendant has not been designated by the Bureau of Prisons on or before Thursday, November 8, 2018, the defendant shall surrender to the United States Marshal for this district in Minneapolis, Minnesota by 2:00 p.m. on Thursday, November 8, 2018.

# RETURN

I have executed this judgment as follows:

  Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

2